An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

VERNON WESLEY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 68340

**FILED**

SEP 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner challenges the validity of his judgment of conviction and seeks an order directing the district court to disclose all exculpatory evidence. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. A challenge to the validity of the judgment of conviction must be raised in a post-conviction petition for a writ of habeas corpus filed in the district

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27415

court in the first instance.[1]    NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

> ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.          _____, J.
Douglas                                Cherry

cc:    Vernon Wesley
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.